| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Corey Lowry<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx-xx-6446<br>EIN: _ _-_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _-_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Northern District of Illinois | | Date case filed for chapter:  13   7/17/25 | |
| Case number: 25-80971 | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                              10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. Debtor's full name | Corey Lowry | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 10820 Zarnstorff Rd<br>Richmond, IL 60071 | |
| 4. Debtor's attorney<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847-673-8600<br>Email: cutlerfilings@gmail.com |
| 5. Bankruptcy trustee<br>Name and address | Lydia Meyer<br>Lydia Meyer – 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105-4127 | Contact phone 815-968-5354 |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1-866-222-8029<br>Date: 7/18/25 |

**For more information, see page 2**

Debtor **Corey Lowry**      Case number **25–80971**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 11, 2025 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 453 028 1715, and Passcode 2249491613, OR call 1–815–447–3811**<br><br>For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/10/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/25/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/13/26** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/4/25** at **10:00 AM** , Location: **Courtroom 3100, 327 S. Church St, Rockford, IL 61101 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1–669–254–5252 or 1–646–828–7666. Then enter the meeting ID 160 291 5226 and passcode 852255.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 5500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 25-80971-TML |
| Corey Lowry | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: 309I | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corey Lowry, 10820 Zarnstorff Rd, Richmond, IL 60071-9402 |
| 31542499 | + | American Family insurance, 64 E Grand Avenue, Fox lake, IL 60020-1478 |
| 31542501 | + | Associated Bank, 2870 Holmgren Way, Green Bay, WI 54304-5714 |
| 31542503 | + | Bank of America, Po Box 44145, Jacksonville, Fl 32231-4145 |
| 31542504 | + | Bmo Harris, 114 W 1st Street, Hinsdale, IL 60521-4013 |
| 31542506 | + | Bridgecrest, PO Box 2918, Phoenix, AZ 85062-2918 |
| 31542509 | + | Childrens Wisconsin, PO Box 78704, Milwaukee, wi 53278-8704 |
| 31542514 | + | DP MURPHY AMBULANCE, PO BOX 6990, Libertyville, IL 60048-6990 |
| 31542533 | + | Sorman and Frankel ltd, 180 n Lasalle street suite 2700, Chicago, IL 60601-2709 |
| 31542534 | + | Torres Cidro, Attn: Bankruptcy, Po Box 189, Carlisle, PA 17013-0189 |
| 31542536 | + | Travelers Insurance, PO BOX 6075, Glens falls, Ny 12801-6075 |
| 31542540 | | WLCC Lending FLG, Dba: Madison Trust Group, #1 Wakpamni Lake Housing,, Batesland, SD 57716 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Jul 18 2025 22:54:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | ^ | MEBN | Jul 18 2025 22:47:06 | Lydia Meyer, Lydia Meyer - 13 Trustee, P.o. Box 14127, Rockford, IL 61105-4127 |
| ust | + | Email/Text: USTPRegion11.MD.ECF@usdoj.gov | Jul 18 2025 22:55:00 | Adam G. Brief, Office of the U.S. Trustee, Region 11, 780 Regent Street, Suite 304, Madison, WI 53715-1233 |
| 31542500 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2025 23:14:46 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 31542502 | ^ | MEBN | Jul 18 2025 22:47:04 | Aurora Healthcare, Po Box 809418, Chicago, IL 60680-9418 |
| 31542505 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 18 2025 22:57:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 31542507 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 18 2025 22:55:17 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 31542508 | + | EDI: CAPITALONE.COM | Jul 19 2025 02:34:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 31542510 | + | EDI: CONVERGENT.COM | Jul 19 2025 02:34:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 31542511 | + | Email/Text: bankruptcy@credencerm.com | Jul 18 2025 22:57:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 31542512 | + | Email/Text: cashnotices@gmail.com | Jul 18 2025 22:57:00 | Credit Box, 2400 East Devon Ave Suite 300, Des |

Case 25-80971 Doc 11 Filed 07/20/25 Entered 07/20/25 23:15:10 Desc Imaged
Certificate of Notice Page 4 of 5

| | | | |
|---|---|---|---|
| District/off: 0752-3 | User: admin | | Page 2 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: 309I | | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | plaines, IL 60018-4600 |
| 31542513 | + | EDI: DISCOVER | Jul 19 2025 02:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 31542515 | + | EDI: AMINFOFP.COM | Jul 19 2025 02:34:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 31542516 | + | EDI: PHINGENESIS | Jul 19 2025 02:34:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 31542517 | + | Email/Text: collectionsbk@glcu.org | Jul 18 2025 22:56:00 | Great Lakes Credit Union, Attn: Bankruptcy, Po Box 1289, Bannockburn, IL 60015-6004 |
| 31542518 | | Email/Text: reports@halstedfinancial.com | Jul 18 2025 22:54:00 | Halsted Financial Services, Po Box 828, Skokie, IL 60076 |
| 31542519 | | EDI: PHINHARRIS | Jul 19 2025 02:34:00 | Harris & Harris, 111 West Jackson Blvd Suite 400, Chicago, IL 60604-4135 |
| 31542520 | + | EDI: LCIICSYSTEM | Jul 19 2025 02:34:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 31542521 | | EDI: JEFFERSONCAP.COM | Jul 19 2025 02:34:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mceland Road, Saint Cloud, MN 56303 |
| 31542522 | + | EDI: CAPITALONE.COM | Jul 19 2025 02:34:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 31542524 | + | Email/Text: support@ljross.com | Jul 18 2025 22:56:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, Po Box 6099, Jackson, MI 49204-6099 |
| 31542523 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2025 22:55:00 | Lakeview Loan Servicing, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 31542525 | ^ | MEBN | Jul 18 2025 22:48:22 | Medical College of Wisconsin, Po box 13367, Milwaukee, WI 53213-0367 |
| 31542526 | + | Email/Text: bankruptcy@ncaks.com | Jul 18 2025 22:54:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 31542527 | ^ | MEBN | Jul 18 2025 22:44:23 | Nicor Gas, PO Box 5407, Carol Stream, IL 60197-5407 |
| 31542528 | ^ | MEBN | Jul 18 2025 22:46:14 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 31542529 | ^ | MEBN | Jul 18 2025 22:46:10 | Recivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 31542530 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2025 22:52:05 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 31542531 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Jul 18 2025 22:54:00 | Security Finance, Attn: Centralized Bankruptcy, Po Box 1893, Spartanburg, SC 29304-1893 |
| 31542532 | ^ | MEBN | Jul 18 2025 22:47:41 | Shindler & Joyce, 1990 E Algonquin Rd, Suite 180, Schaumburg, IL 60173-4164 |
| 31542535 | + | EDI: TCISOLUTIONS.COM | Jul 19 2025 02:34:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 31542537 | | EDI: USBANKARS.COM | Jul 19 2025 02:34:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 31542538 | + | EDI: USCELLULAR.COM | Jul 19 2025 02:34:00 | Us Cellular, 8410 W Brynn Mawr ave, Chicago, IL 60631-3418 |
| 31542539 | | Email/Text: Bankruptcy-Notifications@we-energies.com | Jul 18 2025 22:54:00 | We Energies, Attn Customer Service, PO Box 2046, Milwaukee, WI 53201-2046 |
| 31542541 | + | Email/Text: bk@worldacceptance.com | | |

| | Jul 18 2025 22:56:33 | World Finance Company, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |
|---|---|---|

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Corey Lowry cutlerfilings@gmail.com r48280@notify.bestcase.com |
| Lydia Meyer | ECF_LMIL@trustee13.com |

TOTAL: 3